No. 92–920.  TANNER *v.* UNITED STATES; and
No. 92–6665.  KOTVAS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 941 F. 2d 1141.

No. 92–922.  POLK ET AL. *v.* DIXIE INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 92–946.  WILKINS *v.* BURLINGTON NORTHERN RAILROAD CO.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 92–5209.  VILARCHAO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–5277.  CRANE *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–5476.  HUDSON *v.* NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 92–5554.  MOSS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–5577.  WAGSTAFF-EL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–5599.  THOMAS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–5663.  TAYLOR *v.* SNIDER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–5715.  WEBB *v.* ANGSTADT.  C. A. 4th Cir.  Certiorari denied.

No. 92–5747.  BURROWS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–5805.  HERNANDEZ *v.* WOOTEN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–5848.  GREEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5871.  RUIZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.